LEE M. TESSER +×
STEVEN COHEN*°
STEPHEN PAUL WINKLES*
ROBERT E. BENNETT+
FRANCIS A. KIRK*
GINA A. MAKOUJY, LL.M.+
DANIELLE E. COHEN*
MATTHEW LAKIND*
STEVEN T. KEPPLER+



946 MAIN STREET
HACKENSACK, NEW JERSEY 07601
_____
(201) 343-1100
FACSIMILE: (201) 343-0885
WRITER'S E-MAIL: skeppler@tessercohen.com
WWW.TESSERCOHEN.COM

NEW YORK OFFICE
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005-2205
(212) 226-1900
FACSIMILE: (201) 343-0885

* NY and NJ Bar
+ NJ Bar
× Mass. Bar
° Rule 1:40 Qualified Mediator

**VIA PACER ONLINE SUBMISSION, ONLY:**

July 6, 2023

Clerk, United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

      **RE:** **A.M.E., Inc. v. T.R. Ricotta Electric, Inc.,** *et al.*
           **Case No.: 2:22-cv-05211 (EP)(CLW)**
           **Our File No.: 1964-03**

Dear Clerk of United States District Court:

    This office represents the Plaintiff, A.M.E., Inc., in connection with the above-named matter before the Court. Pursuant to the Order of the Honorable Evelyn Paladin, U.S.D.J., entered June 6, 2023 (DE 30), please find filed herewith Plaintiff's Amended Complaint as Exhibit A. For the Court and parties' reference and convenience, a red-lined copy of this filing is included as Exhibit B. A copy of these filings is simultaneously served on all parties to this action.

    If you have any questions or concerns regarding this filing, I am at the Court's disposal.

                        Respectfully submitted,

                        **TESSER & COHEN, P.C.**

                        /s/ *Steven Keppler*
                        Steven T. Keppler
                        skeppler@tessercohen.com

    cc:    All Counsel of Record *via ECF*
           A.M.E., Inc. *via Electronic Mail*

**TESSER & COHEN**

7/6/2023
Page 2 of 2