LEE M. TESSER +×
STEVEN COHEN*°
STEPHEN PAUL WINKLES*
ROBERT E. BENNETT+
FRANCIS A. KIRK*
GINA A. MAKOUJY, LL.M.+
DANIELLE E. COHEN*
MATTHEW LAKIND*
STEVEN T. KEPPLER+



946 MAIN STREET
HACKENSACK, NEW JERSEY 07601
_____
(201) 343-1100
FACSIMILE: (201) 343-0885
WRITER'S E-MAIL: skeppler@tessercohen.com
WWW.TESSERCOHEN.COM

NEW YORK OFFICE
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005-2205
(212) 226-1900
FACSIMILE: (201) 343-0885

* NY and NJ Bar
+ NJ Bar
× Mass. Bar
° Rule 1:40 Qualified Mediator

**VIA ECF ONLINE SUBMISSION, ONLY:**

July 12, 2023

Hon. Cathy L. Waldor, U.S. Mag. Judge
District of New Jersey, Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

      RE:    **A.M.E., Inc. v. T.R. Ricotta Electric, Inc.,** *et al*.
              **Case No.: 2:22-cv-05211 (EP)(CLW)**
              **Our File No.: 1964-03**

Dear Judge Waldor:

      As Your Honor is aware, this office represents the Plaintiff, A.M.E., Inc., in connection with the above-named matter before the Court. Pursuant to Your Honor's published procedures, and in anticipation of today's telephonic status conference set for 12:30 PM, Plaintiff has set up the following dial-in to facilitate the call:

      Dail-in:      (667) 770-1012
      Password:   510018

      By operation of this letter, all counsel of record have been served with the dial-in information for today's conference. If you have any questions or concerns regarding this filing, I am at the Court's disposal.

                                                Respectfully submitted,

                                                **TESSER & COHEN, P.C.**

                                               /s/ *Steven Keppler*
                                               Steven T. Keppler

cc:    All Counsel of Record *via ECF*
       A.M.E., Inc. *via Electronic Mail*